151 A.3d 85

BERNETICH, HATZELL & PASCU, LLC, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF-RESPONDENT, v. MEDICAL RECORDS ONLINE, INC., (D/B/A "MRO"), DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000657-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs.